# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                      |Personnel Number..... 00624463
|6321 Hasbrook Ave                      |Liquor Control Board
|Philadelphia PA  19111                 |Pay Period.. 12/31/2017 - 01/13/2018
|                                       |Fed Tax Status: Single
|                                       |Fed Tax Allowances: 05   Period: 02/2018
|B/U:M1    Group:02    Level:J          |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 01/26/2018 | 859.39 | = | 1,280.01 | + | 0.00 | - | 242.43 | - | 178.19 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 16.75 | 67.50 | 1,130.63 | 2,261.26 |
| Holiday/Comp lieu Holiday | 16.75 | 7.50 | 125.62 | 251.24 |
| Sun Differential M1-Yrs5+ | 3.00 | 7.50 | 22.50 | 45.00 |
| Shift Diff Pay - straight | 1.68 | 0.75 | 1.26 | 1.68 |
| Total Gross | | | 1,280.01 | 2,559.18 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal        Federal | | |
| TX Withholding Tax | 58.14 | 116.20 |
| TX EE Social Security Tax | 76.18 | 152.30 |
| TX EE Medicare Tax | 17.82 | 35.62 |
| State          Pennsylvania | | |
| TX Withholding Tax | 37.72 | 75.41 |
| TX EE Unemployment Tax | 0.77 | 1.54 |
| Local          Philadelphia | | |
| TX Withholding Tax | 49.80 | 99.57 |
| Local          Upper Dublin Township | | |
| TX Local Services Tax | 2.00 | 4.00 |
| EE Taxes | 242.43 | 484.64 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 28.27 | 56.54 |
| MED Buy Up/Base Cost | 23.08 | 46.16 |
| UFCW - 1776 Union Dues | 46.84 | 93.68 |
| Full Cov Class AA/Cat 0 | 80.00 | 159.95 |
| Total Deductions | 178.19 | 356.33 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 859.39 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 76.18 |
| TX ER Medicare Tax | 17.82 |
| ER Basic Life | 3.43 |
| Annuitant Med Hospital | 188.00 |
| ER Workers Comp Benefit | 54.42 |
| PR Choice PPO | 473.00 |
| ER-SERS | 440.84 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,148.66 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

Payroll Area    Z1

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                    |Personnel Number..... 00624463          |
|6321 Hasbrook Ave                    |Liquor Control Board                    |
|Philadelphia PA  19111               |Pay Period.. 01/14/2018 - 01/27/2018    |
|                                     |Fed Tax Status: Single                  |
|                                     |Fed Tax Allowances: 05   Period: 03/2018|
|B/U:M1     Group:02     Level:J      |                                        |
```

| Pay Date   | Payment Amount = | Gross    | + | Reim. | - | Taxes  | - | Deds.  |
|------------|------------------|----------|---|-------|---|--------|---|--------|
| 02/09/2018 | 843.42         = | 1,257.09 | + | 0.00  | - | 236.91 | - | 176.76 |

| Gross Current Pay         | Rate  | Hrs/Unt | Amount   | Year To Date |
|---------------------------|-------|---------|----------|--------------|
| Normal working hours      | 16.75 | 67.50   | 1,130.63 | 3,391.89     |
| Sick Leave Pay            |       |         |          | 753.74-      |
| FMLA/SPF Sick             |       |         |          | 753.74       |
| Holiday/Comp lieu Holiday | 16.75 | 7.50    | 125.62   | 376.86       |
| Sun Differential M1-Yrs5+ |       |         |          | 45.00        |
| Shift Diff Pay - straight | 1.68  | 0.50    | 0.84     | 2.52         |
| Total Gross               |       |         | 1,257.09 | 3,816.27     |

| Taxes                            | Amount | Year To Date |
|----------------------------------|--------|--------------|
| Federal        Federal           |        |              |
| TX Withholding Tax               | 55.99  | 172.19       |
| TX EE Social Security Tax        | 74.76  | 227.06       |
| TX EE Medicare Tax               | 17.48  | 53.10        |
| State          Pennsylvania      |        |              |
| TX Withholding Tax               | 37.02  | 112.43       |
| TX EE Unemployment Tax           | 0.75   | 2.29         |
| Local          Philadelphia      |        |              |
| TX Withholding Tax               | 48.91  | 148.48       |
| Local          Upper Dublin Township |    |              |
| TX Local Services Tax            | 2.00   | 6.00         |
| EE Taxes                         | 236.91 | 721.55       |

| Deductions             | Amount | Year To Date |
|------------------------|--------|--------------|
| EE PreTx MED Pct       | 28.27  | 84.81        |
| MED Buy Up/Base Cost   | 23.08  | 69.24        |
| UFCW - 1776 Union Dues | 46.84  | 140.52       |
| Full Cov Class AA/Cat 0| 78.57  | 238.52       |
| Total Deductions       | 176.76 | 533.09       |

| Non Cash Compensation | Amount | Year To Date |
|-----------------------|--------|--------------|
|                       |        |              |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 843.42 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 74.76 |
| TX ER Medicare Tax | 17.48 |
| ER Basic Life | 3.43 |
| Annuitant Med Hospital | 188.00 |
| ER Workers Comp Benefit | 53.45 |
| PR Choice PPO | 473.00 |
| ER-SERS | 432.94 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,127.17 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                        |Personnel Number..... 00624463
|6321 Hasbrook Ave                        |Liquor Control Board
|Philadelphia PA  19111                   |Pay Period.. 01/28/2018 - 02/10/2018
|                                         |Fed Tax Status: Single
|                                         |Fed Tax Allowances: 05   Period: 04/2018
|B/U:M1    Group:02    Level:J            |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 02/23/2018 | 872.66 | = | 1,279.02 | + | 0.00 | - | 229.60 | - | 176.76 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 16.75 | 67.50 | 1,130.63 | 4,522.52 |
| Annual Leave Pay | 16.75 | 7.50 | 125.62 | 125.62 |
| Sick Leave Pay | | | | 753.74- |
| FMLA/SPF Sick | | | | 753.74 |
| Holiday/Comp lieu Holiday | | | | 376.86 |
| Sun Differential M1-Yrs5+ | | | | 45.00 |
| Shift Diff Pay - straight | 1.68 | 0.50 | 0.84 | 3.36 |
| Total Gross | | | 1,257.09 | 5,073.36 |
| Difference prev. Period | | | 21.93 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal           Federal | | |
| TX Withholding Tax | 48.68 | 198.94 |
| TX EE Social Security Tax | 74.75 | 301.81 |
| TX EE Medicare Tax | 17.49 | 70.59 |
| State             Pennsylvania | | |
| TX Withholding Tax | 37.02 | 149.45 |
| TX EE Unemployment Tax | 0.75 | 3.04 |
| Local             Philadelphia | | |
| TX Withholding Tax | 48.91 | 197.39 |
| Local             Upper Dublin Township | | |
| TX Local Services Tax | 2.00 | 8.00 |
| EE Taxes | 229.60 | 929.22 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 28.27 | 113.08 |
| MED Buy Up/Base Cost | 23.08 | 92.32 |
| UFCW - 1776 Union Dues | 46.84 | 187.36 |
| Full Cov Class AA/Cat 0 | 78.57 | 317.09 |
| Total Deductions | 176.76 | 709.85 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount | | |
|---|---|---|---|

| Direct Deposit Bank / Check | Amount | | |
|---|---|---|---|
| Net Payment | 872.66 | | |

| State Paid Benefits | Amount | | |
|---|---|---|---|
| TX ER Social Security Tax | 74.75 | | |
| TX ER Medicare Tax | 17.49 | | |
| ER Basic Life | 3.43 | | |
| Annuitant Med Hospital | 188.00 | | |
| ER Workers Comp Benefit | 53.45 | | |
| PR Choice PPO | 473.00 | | |
| ER-SERS | 432.94 | | |

| Federal Taxable Wages | Amount | | |
|---|---|---|---|
| Current Period Results | 1,127.17 | | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | Z1 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                          |Personnel Number..... 00624463
|6321 Hasbrook Ave                          |Transportation Pyrl Area 2
|Philadelphia PA  19111                     |Pay Period.. 02/11/2018 - 02/23/2018
|                                           |Fed Tax Status: Single
|                                           |Fed Tax Allowances: 05   Period: 05/2018
|B/U:G1     Group:05    Level:01            |
|_____|_____
| Pay Date      Payment Amount =     Gross    +    Reim.    -    Taxes    -    Deds.
| 03/09/2018         959.48      =  1,364.40  +    0.00     -    253.03   -    151.89
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 18.95 | 72.00 | 1,364.40 | 5,886.92 |
| Annual Leave Pay | | | | 125.62 |
| Sick Leave Pay | | | | 753.74- |
| FMLA/SPF Sick | | | | 753.74 |
| Holiday/Comp lieu Holiday | | | | 376.86 |
| Sun Differential M1-Yrs5+ | | | | 45.00 |
| Shift Diff Pay - straight | | | | 3.36 |
| Total Gross | | | 1,364.40 | 6,437.76 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 58.56 | 257.50 |
| TX EE Social Security Tax | 81.30 | 383.11 |
| TX EE Medicare Tax | 19.01 | 89.60 |
| State           Pennsylvania | | |
| TX Withholding Tax | 40.26 | 189.71 |
| TX EE Unemployment Tax | 0.82 | 3.86 |
| Local           Philadelphia | | |
| TX Withholding Tax | 53.08 | 250.47 |
| Local           Upper Dublin Township | | |
| TX Local Services Tax | | 8.00 |
| EE Taxes | 253.03 | 1,182.25 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 31.67 | 144.75 |
| MED Buy Up/Base Cost | 21.43 | 113.75 |
| AFSCME-13 Fair Share | 13.51 | 13.51 |
| UFCW - 1776 Union Dues | | 187.36 |
| Full Cov Class AA/Cat 0 | 85.28 | 402.37 |
| Total Deductions | 151.89 | 861.74 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 959.48 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 81.30 |
| TX ER Medicare Tax | 19.01 |
| ER Basic Life | 3.43 |
| Annuitant Med Hospital | 188.00 |
| ER Workers Comp Benefit | 37.24 |
| PR Choice PPO | 473.00 |
| ER-SERS | 469.90 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,226.02 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                          |Personnel Number..... 00624463
|6321 Hasbrook Ave                          |Transportation Pyrl Area 2
|Philadelphia PA   19111                    |Pay Period.. 02/24/2018 - 03/09/2018
|                                           |Fed Tax Status: Single
|                                           |Fed Tax Allowances: 05   Period: 06/2018
|B/U:G1      Group:05      Level:01         |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 03/23/2018 | 1,059.26 | = | 1,516.00 | + | 0.00 | - | 289.79 | - | 166.95 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 18.95 | 80.00 | 1,516.00 | 7,402.92 |
| Annual Leave Pay | | | | 125.62 |
| Sick Leave Pay | | | | 753.74- |
| FMLA/SPF Sick | | | | 753.74 |
| Holiday/Comp lieu Holiday | | | | 376.86 |
| Sun Differential M1-Yrs5+ | | | | 45.00 |
| Shift Diff Pay - straight | | | | 3.36 |
| Total Gross | | | 1,516.00 | 7,953.76 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 73.51 | 331.01 |
| TX EE Social Security Tax | 90.45 | 473.56 |
| TX EE Medicare Tax | 21.15 | 110.75 |
| State            Pennsylvania | | |
| TX Withholding Tax | 44.79 | 234.50 |
| TX EE Unemployment Tax | 0.91 | 4.77 |
| Local            Philadelphia | | |
| TX Withholding Tax | 58.98 | 309.45 |
| Local            Upper Dublin Township | | |
| TX Local Services Tax | | 8.00 |
| EE Taxes | 289.79 | 1,472.04 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 34.11 | 178.86 |
| MED Buy Up/Base Cost | 23.08 | 136.83 |
| AFSCME-13 Fair Share | 15.01 | 28.52 |
| UFCW - 1776 Union Dues | | 187.36 |
| Full Cov Class AA/Cat 0 | 94.75 | 497.12 |
| Total Deductions | 166.95 | 1,028.69 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,059.26 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 90.45 |
| TX ER Medicare Tax | 21.15 |
| ER Basic Life | 3.43 |
| Annuitant Med Hospital | 188.00 |
| ER Workers Comp Benefit | 41.37 |
| PR Choice PPO | 473.00 |
| ER-SERS | 522.11 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,364.06 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

Payroll Area    T2

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Celitia K Salazar                         | Personnel Number..... 00624463          |
| 6321 Hasbrook Ave                         | Transportation Pyrl Area 2              |
| Philadelphia PA  19111                    | Pay Period.. 02/24/2018 - 03/09/2018    |
|                                           | Fed Tax Status: Single                  |
|                                           | Fed Tax Allowances: 05  Period: 06/2018 |
| B/U:01    Group:05   Level:01             |                                         |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 03/23/2018 | 1,059.26 | 1,516.00 | | 0.00 | | 289.79 | | 166.95 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 18.95 | 80.00 | 1,516.00 | 7,402.92 |
| Annual Leave Pay | | | | 125.62 |
| Sick Leave Pay | | | | 753.74- |
| FMLA/SPF Sick | | | | 753.74 |
| Holiday/Comp lieu Holiday | | | | 376.86 |
| Sun Differential M1-Yrs5+ | | | | 45.00 |
| Shift Diff Pay - straight | | | | 3.36 |
| Total Gross | | | 1,516.00 | 7,953.76 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 73.51 | 331.01 |
| TX EE Social Security Tax | 90.45 | 473.56 |
| TX EE Medicare Tax | 21.15 | 110.75 |
| State              Pennsylvania | | |
| TX Withholding Tax | 44.79 | 234.50 |
| TX EE Unemployment Tax | 0.91 | 4.77 |
| Local              Philadelphia | | |
| TX Withholding Tax | 58.98 | 309.45 |
| Local              Upper Dublin Township | | |
| TX Local Services Tax | | 8.00 |
| EE Taxes | 289.79 | 1,472.04 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 34.11 | 178.86 |
| MED Buy Up/Base Cost | 23.08 | 136.83 |
| AFSCME-13 Fair Share | 15.01 | 28.52 |
| UFCW - 1776 Union Dues | | 187.36 |
| Full Cov Class AA/Cat 0 | 94.75 | 497.12 |
| Total Deductions | 166.95 | 1,028.69 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,069.26 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 90.45 |
| TX ER Medicare Tax | 21.15 |
| ER Basic Life | 3.43 |
| Annuitant Med Hospital | 188.00 |
| ER Workers Comp Benefit | 41.37 |
| PR Choice PPO | 473.00 |
| ER-SERS | 522.11 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,364.06 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Celitia K Salazar                              |Personnel Number..... 00624463
|6321 Hasbrook Ave                              |Transportation Pyrl Area 2
|Philadelphia PA  19111                         |Pay Period.. 03/10/2018 - 03/23/2018
|                                               |Fed Tax Status: Single
|                                               |Fed Tax Allowances: 05   Period: 07/2018
|B/U:G1    Group:05    Level:01                 |

| Pay Date      Payment Amount  =   Gross    +    Reim.   -    Taxes    -    Deds.
| 04/06/2018    1,059.26        =   1,516.00 +    0.00    -    289.79   -    166.95
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 18.95 | 80.00 | 1,516.00 | 8,767.32 |
| Annual Leave Pay | | | | 125.62 |
| Sick Leave Pay | | | | 753.74- |
| FMLA/SPF Sick | | | | 753.74 |
| Holiday/Comp lieu Holiday | | | | 528.46 |
| Sun Differential M1-Yrs5+ | | | | 45.00 |
| Shift Diff Pay - straight | | | | 3.36 |
| Total Gross | | | 1,516.00 | 9,469.76 |

| Taxes | | | Amount | Year To Date |
|---|---|---|---|---|
| Federal | Federal | | | |
| TX Withholding Tax | | | 73.51 | 404.52 |
| TX EE Social Security Tax | | | 90.45 | 564.01 |
| TX EE Medicare Tax | | | 21.15 | 131.90 |
| State | Pennsylvania | | | |
| TX Withholding Tax | | | 44.79 | 279.29 |
| TX EE Unemployment Tax | | | 0.91 | 5.68 |
| Local | Philadelphia | | | |
| TX Withholding Tax | | | 58.98 | 368.43 |
| Local | Upper Dublin Township | | | |
| TX Local Services Tax | | | | 8.00 |
| EE Taxes | | | 289.79 | 1,761.83 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 34.11 | 212.97 |
| MED Buy Up/Base Cost | 23.08 | 159.91 |
| AFSCME-13 Fair Share | 15.01 | 43.53 |
| UFCW - 1776 Union Dues | | 187.36 |
| Full Cov Class AA/Cat 0 | 94.75 | 591.87 |
| Total Deductions | 166.95 | 1,195.64 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,059.26 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 90.45 |
| TX ER Medicare Tax | 21.15 |
| ER Basic Life | 3.43 |
| Annuitant Med Hospital | 188.00 |
| ER Workers Comp Benefit | 41.37 |
| PR Choice PPO | 473.00 |
| ER-SERS | 532.11 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,364.06 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Celilia K Salazar                  |Personnel Number..... 00624463
|6321 Hasbrook Ave                  |Transportation Pyrl Area 2
|Philadelphia PA  19111             |Pay Period.. 03/24/2018 - 04/06/2018
|                                   |Fed Tax Status: Single
|                                   |Fed Tax Allowances: 05   Period: 08/2018
|B/U:G1    Group:05    Level:01     |

| Pay Date     Payment Amount =  Gross    +   Reim.  -   Taxes   -   Deds.
| 04/20/2018     1,287.66      = 1,852.72  +   0.00  -   377.06  -   188.00
```

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 18.95 | 80.00 | 1,516.00 | 10,283.32 |
| Annual Leave Pay | | | | 125.62 |
| Sick Leave Pay | | | | 753.74- |
| FMLA/SPF Sick | | | | 753.74 |
| Holiday/Comp lieu Holiday | | | | 528.46 |
| Overtime Pay-Time & 1/2 | | | | 319.84 |
| Sun Differential M1-Yrs5+ | | | | 45.00 |
| Shift Diff Pay - straight | | | | 3.36 |
| Shift Diff Pay-11/2 NP | | | | 16.88 |
| Total Gross | | | 1,516.00 | 11,322.48 |
| Difference prev. Period | | | 336.72 | |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 111.39 | 515.91 |
| TX EE Social Security Tax | 111.32 | 675.33 |
| TX EE Medicare Tax | 26.04 | 157.94 |
| State           Pennsylvania | | |
| TX Withholding Tax | 55.12 | 334.41 |
| TX EE Unemployment Tax | 1.11 | 6.79 |
| Local           Philadelphia | | |
| TX Withholding Tax | 72.08 | 440.51 |
| Local           Upper Dublin Township | | |
| TX Local Services Tax | | 8.00 |
| EE Taxes | 377.06 | 2,138.89 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 34.11 | 247.08 |
| MED Buy Up/Base Cost | 23.08 | 182.99 |
| AFSCME-13 Fair Share | 15.01 | 58.54 |
| UFCW - 1776 Union Dues | | 187.36 |
| Full Cov Class AA/Cat 0 | 115.80 | 707.67 |
| Total Deductions | 188.00 | 1,383.64 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 1,287.66 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 111.32 | |
| TX ER Medicare Tax | 26.04 | |
| ER Basic Life | 3.43 | |
| Annuitant Med Hospital | 188.00 | |
| ER Workers Comp Benefit | 50.56 | |
| PR Choice PPO | 473.00 | |
| ER-SERS | 638.08 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 1,679.73 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Celitia K Salazar                        | Personnel Number..... 00624463         |
| 6321 Hasbrook Ave                        | Transportation Pyrl Area 2             |
| Philadelphia PA  19111                   | Pay Period.. 03/24/2018 - 04/06/2018   |
|                                          | Fed Tax Status:                        |
|                                          | Fed Tax Allowances:    Period: 08/2018 |
| B/U:G1    Group:05    Level:01           |                                        |
```

| Pay Date   | Payment Amount = | Gross    + | Reim.  - | Taxes   - | Deds.   |
|------------|------------------|------------|----------|-----------|---------|
| 04/20/2018 | 1,287.66       - | 1,852.72 * | 0.00   - | 377.06  - | 188.00  |

Payroll Area    T2