# **IN THE UNITED STATES BANKRUPTCY COURT**
# **FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Celitia K. Salazar aka Celitia K. Salaman<br>　　　　　　　　　Debtor<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　　Movant<br>　　　vs.<br><br>Celitia K. Salazar aka Celitia K. Salaman<br>　　　　　　　　　Respondent | CHAPTER 13<br><br><br><br><br><br>NO. 18-12444 ELF |

## **PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Nationstar Mortgage LLC d/b/a Mr. Cooper to Confirmation of Chapter 13 Plan, which was filed with the Court on or about May 1, 2018 (Document No. 11).

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322

August 27, 2018