# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re**  **CELITIA K. SALAZAR** | **:** | **CHAPTER 13** |
| | **:** | |
| **Debtor(s)** | **:** | **BANKRUPTCY NO. 18-12444** |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Celitia K. Salazar, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Nationstar Mortgage LLC on June 4, 2020. Debtors believe they can become current on all post-petition payments due under the December 2, 2019 stipulation with the Lender.

    Respectfully submitted,

    /s/ Paul H. Young
    PAUL H. YOUNG, Esquire
    Young, Marr & Associates
    3554 Hulmeville Road, Suite 102
    Bensalem, PA 19020
    P: 215-639-5297
    F: 215-639-1344
    support@ymalaw.com

Dated: June 15, 2020