# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Celitia K. Salazar aka Celitia K. Salaman<br>                     Debtor(s) | Chapter 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>                     Movant<br>         vs. | NO. 18-12444 ELF |
| Celitia K. Salazar aka Celitia K. Salaman<br>                     Debtor(s) | |
| and William C. Miller Esq.<br>                     Trustee | |

## ORDER

AND NOW, this 14th day of October, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 and 1301 (if applicable), is **MODIFIED** to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6321 Hasbrook Avenue Philadelphia, PA 19111.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**